EMIGRANT MORTGAGE COMPANY, INC., Appellant, v DOUGLAS WESTERVELT, JR., Respondent, et al., Defendants.

Submitted August 5, 2013; decided October 22, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

WAJMA FARHADI, Respondent, v SHER AHMAD QURESHI, Appellant.

Submitted August 26, 2013; decided October 22, 2013

Motion, insofar as it seeks leave to appeal from the September 2011 Supreme Court order, dismissed upon the ground that it does not lie (see NY Const, art VI, § 3; CPLR 5602); motion for leave to appeal otherwise dismissed upon the ground that the Appellate Division orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of CATHERINE FLANAGAN, Respondent, v STEPHEN FLANAGAN, Appellant.

Submitted September 3, 2013; decided October 22, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of MARK FORD et al., Appellants, v NEW YORK STATE RACING AND WAGERING BOARD, Respondent.

Submitted September 9, 2013; decided October 22, 2013

Motion for leave to appeal denied upon the ground that an appeal lies as of right.